IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 23, 2009

Charles R. Fulbruge III
Clerk

No. 08-40978
Summary Calendar

AUSTIN L CURTIS

Plaintiff-Appellant

v.

MICHEAL CHERTOFF, INDIVIDUALLY AND AS SECRETARY,
DEPARTMENT OF HOMELAND SECURITY

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
4:07-CV-307

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Austin L. Curtis appeals the dismissal of his various employment-discrimination claims on summary judgment. We review a grant of summary judgment *de novo*, applying the same standard as the district court. *Robinson v. Orient Marine Co. Ltd.*, 505 F.3d 364, 365 (5th Cir. 2007). For the reasons set forth by the district court, Curtis failed to meet his responsive burden on

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

summary judgment. Accordingly, the judgment of the district court is AFFIRMED.